## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-06-11-P |
| | ) | |
| CLONNIE ALONZO LAYMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Findings and Recommendation of the United States Magistrate Judge in which the Magistrate Judge recommends that defendant's motion to suppress be granted in part and denied in part. Defendant has filed an objection to the Report and Recommendation. Upon review of the Findings and Recommendation, this Court hereby adopts the same as the ruling of this Court.

**IT IS SO ORDERED this _9th_ day of May, 2006.**

James H. Payne
United States District Judge
Eastern District of Oklahoma